510    APPELLATE COURTS OF ILLINOIS.

The People v. Continental Beneficial Ass'n, 204 Ill. App. 510.

## The People of the State of Illinois, by Rufus M. Potts, Appellee, v. Continental Beneficial Association, et al., Appellants.

### Gen. No. 23,044.    (Not to be reported in full.)

Interlocutory appeal from the Superior Court of Cook county; the Hon. MARTIN M. GRIDLEY, Judge, presiding. Heard in the Branch Appellate Court. Affirmed. Opinion filed March 28, 1917.

### Statement of the Case.

Information by the People of the State of Illinois, by Rufus M. Potts, superintendent of insurance, relator, against Continental Beneficial Association and others, respondents, for appointment of a receiver and for injunction. From an order upon petition of the receiver enjoining the prosecution by respondents of a suit commenced by them in the Circuit Court of Cook county for appointment of an ancillary receiver of the property of the respondents, they appeal.

The decision of this case is governed by the decision in *People v. Continental Beneficial Ass'n, ante,* p. 501.

TAYLOR, J., dissenting.

DAVID K. TONE, for appellants.

EDWARD J. BRUNDAGE, CHURCH, SHEPARD & DAY and RYAN, CONDON & LIVINGSTON, for appellee; CLYDE L. DAY and BERNARD W. VINISSKY, of counsel.

MR. PRESIDING JUSTICE O'CONNOR delivered the opinion of the court.